[redacted]

**EXHIBIT - A**

East Alabama Health
EAST ALABAMA MEDICAL CENTER

Mr. Antwan Carter
1067 Johnson Lane
Valley, Alabama 36854

February 15, 2024

Dear Mr. Carter,

This letter is to inform you that your employment with East Alabama Health has been terminated effective today, February 15, 2024. Your termination is due to Not Calling/Not Showing up to work for previously scheduled shifts. You have been directly asked to communicate to your light duty manager and there has been no communication. You were left a voice mail message from HR on Friday, February 9, 2024 requesting follow up and there has been no response from you at this time.

We wish you all the best with your future endeavors.

Thank you,

Kelli Truitt, MSN, RN
Director, Human Resources
East Alabama Health
334-528-4452