EXHIBIT - B

**Request for Clarification on FMLA Decision and Work Schedule**

Antwan Carter <antwan.carter@eamc.org>
Wed 1/24/2024 8:31 AM
To:Sarah Huguley <sarah.huguley@eamc.org>

Dear Sarah,

I hope this message finds you well. I am writing to seek clarification regarding my current situation with the Family and Medical Leave Act (FMLA) and its impact on my work schedule.

As you are aware, I have submitted all the necessary forms as part of the FMLA packet. However, I have noticed that my schedule now shows "TRACKING" instead of specifying the department. This has left me uncertain about whether I should come into work during this period of waiting for a decision on my FMLA request.

I want to ensure that I am following the appropriate procedures and maintaining open communication. If it is necessary for me to visit your office to discuss this matter in person, I am more than willing to do so.

I understand the importance of keeping you informed and ensuring a smooth workflow within the department. Your guidance and clarification on whether I should come into work during this waiting period would be greatly appreciated.

Thank you for your understanding and assistance in this matter. I look forward to your prompt response.

Best regards,

Antwan Carter