EXHIBIT - H

# Brightside

Date: 2/2/24

To whom it may concern:

Please see the information below regarding my client Mr. Antwan Carter.

**GENERAL INFORMATION**

Treatment Summary: Counseling

This is for Patient DOB: [redacted]/84

**PATIENT TREATMENT INFORMATION**

Date began therapy: 2/1/24

Anticipated discharge date: Ongoing

Provisional Diagnosis: Anxiety. Depression. Psychosocial stressors.

Treatment Summary: Mr. Carter is engaged in counseling sessions that are recommended once weekly.

Arkaya Kady Williams-Abbott MA, LPC-S

Date: 2/2/2024

EXHIBIT - H1

# DOCTOR'S NOTE

**Sheridan Major-Moore, DO**
DrSays.com
3711 Briarpark Dr Ste 202, Houston, TX 77042
Phone (713) 893-3792 | Fax (713) 391-8428 | support@drsays.org

**Visit Date:** 02/01/2024
**Provider:** Sheridan Major-Moore, DO

**Patient:** Antwan Carter
**Patient Location:** Per patient, Alabama
**Reason for Visit:** elevated blood pressure. refill of medication
**Assessment:** Hypertension - HCTZ 12.5mg QD added to regimen; Amlodipine 10mg and Carvedilol 12.5mg BID refilled. Gave information for Community Health Center in Montgomery Alabama. Excuse note given.
**Absence since:** 02/01/2024
**Return on:** 02/02/2024
**Activity Restrictions:** None

Smmoore

*Sheridan Major-Moore, DO*
Signed on 02/01/2024 at 09:21 AM CST
Last revised - 02/01/2024 at 09:21 AM CST
NPI: 1073905121

*Confidentiality Notice: This document is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution of this information is prohibited, and may be punishable by law. If this was sent to you in error, please notify the sender and destroy all copies of the original message. The visit is non-refundable once a doctor's note has been issued.*

THE CENTER FOR PAIN

**MONTGOMERY**
488 St. Lukes Drive • Montgomery, AL • 36117
432 St. Lukes Drive • Montgomery, AL • 36117
2085 ES Blvd., Suite 401 • Montgomery, AL • 36116

**PRATTVILLE**
660 McQueen Smith Road N., Suite E • Prattville, AL • 36066

**AUBURN/OPELIKA**
3320 Skyway Drive, Suite 701 • Opelika, AL • 36830

**ALABASTER**
1022 1st St. North Shelby Tower, Suite 305 • Alabaster, AL • 35007

DAVID HERRICK, M.D. • BRAD KATZ, M.D • AARON SHINKLE, M.D. • JACOB VELLA, M.D. • RYAN ALMEIDA M.D.
Phone: 334.288.7808 • Fax: 334.288.8089 • www.center4pain.com

Follow up w/ Dr. Davis

# POST-PROCEDURE INSTRUCTIONS

1. No driving until tomorrow if you receive sedation.

2. It takes 48-72 hours (about 3 days) for steroids to begin to work.
   They peak in 7-10 days (about 1 and a half weeks).
   Our usual policy is not to repeat the injection before 14 days (about 2 weeks) have passed.

3. Take it easy for the rest of the day.
   You may eat, drink, and take your medications as per usual upon discharge.

4. You may apply heat/ice to the painful site; whichever you prefer, or whichever has proven effective in the past.

5. Please call us if you have any questions or concerns.
   See above for the doctor who performed your injection and the location where the procedure was performed.

6. Remember, for repeat injections: if you were off your blood thinners prior to the injection, you will need to be off the same amount of time prior to your next injection –
   Please consult your prescribing physician to make sure it is permissible to leave your blood thinners off.
   You must have a driver present the ENTIRE visit if you receive sedation and nothing to eat or drink at least 2 hours prior to your procedure.

Center for Pain of Montgomery LLC • 3320 SKYWAY DR STE 701, OPELIKA AL 36801-7139

**CARTER, Antwan (id #1786425, dob: [redacted]/1984)**

THE CENTER FOR PAIN

CARTER, ANTWAN [redacted]84 #1786425

• 57820973w11679 Admin

• DAVID HERRICK, M.D. • BRAD KATZ, M.D. • AARON SHINKLE, M.D. • JACOB VELLA, M.D. • RYAN ALMEIDA, M.D.
• TREY WARE, M.D. • AIMEE WALSH, M.D. • RALPH IRVIN, M.D. • JERRY MARSELLA, M.D. •

To Whom It May Concern,

ANTWAN CARTER was seen in our office on 02/07/2024 for a procedure/follow up visit.

Please excuse the above listed patient from work/school until 2.10.24.

If there are any questions, please contact our office at 334-288-7808.

Thank you,

David Herrick

Authorized Signature

EXHIBIT - H4

# Brightside

1/15/2024
RE: Antwan Carter
DOB: [redacted]/1984

I met with Mr. Carter on 1/10/24 and completed an initial assessment and treatment plan. We have started medication which will take a few weeks to become effective. It is my recommendation that Mr. Carter take a medical leave of absence for at least 2 weeks from the date of his request for leave.

Mildred A Blandamer, PMHNP-BC