EXHIBIT - I

# Your Time Off Request has been Approved.

noreply@mykronos.com <noreply@mykronos.com>
Mon 2/12/2024 9:39 AM

**CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.**
CAUTION: Please report all questionable emails using the **Microsoft Outlook Reporter** button. Business-critical emails may be sent directly to **ITSecurity@eamc.org** for review.

Your request for ETO TIME for 2/09/2024 - 2/09/2024 has been Approvedby PAPPAS, CHRIS D. Please review the details.

One-click navigation
https://eastalabamamedical-SSO.prd.mykronos.com/navigateToControl?redirectUrl=manager%3A%2Fschedule%2Cemployee%3A%2Fwfd%2Fess%2Fmyschedule&endDate=2024%2D02%2D09T00%253A00%253A00%252B00%253A00&employeeId=23788&peopleIdList=23788&startDate=2024%2D02%2D09T00%253A00%253A00%252B00%253A00