EXHIBIT - J

# Discipline was entered - (work unit 448138)

ERDiscipline@eamc.org <ERDiscipline@eamc.org>

Mon 2/12/2024 9:45 AM

To:Antwan Carter <antwan.carter@eamc.org>;vts@velocitycloud.com <vts@velocitycloud.com>

You don't often get email from erdiscipline@eamc.org. Learn why this is important

**CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.**
**CAUTION:** Please report all questionable emails using the **Microsoft Outlook Reporter** button. Business-critical emails may be sent directly to **ITSecurity@eamc.org** for review.

A disciplinary action has been submitted for you by your manager. You must accept receipt of the disciplinary action by typing your name on the form. As a reminder, your electronic signature indicates acknowledgement of having been counseled and/or warned and does not necessarily indicate agreement with supervisor's statement. You may also add additional comments relating to the discipline, but it is not required.

Printing this email is recommended

Instructions for logging into Infor:

1. Click on the Infor icon on your EAMC desktop
2. Login using your network credentials
3. Click on the people icon at the top of the screen
4. Go to your Inbasket located under the Start tool on the right side of the screen
5. Click on the highlighted work item labeled "discipline"

Instructions for signing for receipt of disciplinary action:

1. Click on the "Message" tab
2. Click on "Actions", then "Create"
3. At a minimum, type your name in the message field.
4. You may also add comments relating to the discipline if you wish
5. Click "Save" when done and close the window by selecting the X in the top right corner
6. Click "Submit Statement" and you are finished

| | |
|---|---|
| Employee: | 20763 - ANTWAN J CARTER |
| Step Description: | TERMINATION |
| Type Description: | UNEXC ABSENCE/NCNS |
| Incident Date: | 02/08/2024 |
| Meeting Date: | 02/09/2024 |
| Status: | InReview |

EXHIBIT - J1

# 1st Reminder - Discipline was entered - (work unit 447718)

ERDiscipline@eamc.org <ERDiscipline@eamc.org>

Sun 2/11/2024 5:54 PM

To:Antwan Carter <antwan.carter@eamc.org>;vts@velocitycloud.com <vts@velocitycloud.com>
Cc:Chris Pappas <chris.pappas@eamc.org>

| |
|---|
| **CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.**<br>CAUTION: Please report all questionable emails using the **Microsoft Outlook Reporter** button. Business-critical emails may be sent directly to **ITSecurity@eamc.org** for review. |

## URGENT!

The following employee, ANTWAN J CARTER-20763, has not signed the discipline below. Their electronic signature is required to complete the discipline process. Please have them follow the instructions in their email to sign electronically.

CONTENTS OF DISCIPLINE:

Printing this email is recommended

Instructions for logging into Infor:

1. Click on the Infor icon on your EAMC desktop
2. Login using your network credentials
3. Click on the people icon at the top of the screen
4. Go to your Inbasket located under the Start tool on the right side of the screen
5. Click on the highlighted work item labeled "discipline"

Instructions for signing for receipt of disciplinary action:

1. Click on the "Message" tab
2. Click on "Actions", then "Create"
3. At a minimum, type your name in the message field.
4. You may also add comments relating to the discipline if you wish
5. Click "Save" when done and close the window by selecting the X in the top right corner
6. Click "Submit Statement" and you are finished

| | |
|---|---|
| Employee: | 20763 - ANTWAN J CARTER |
| Step Description: | 1ST & FINAL |
| Type Description: | UNEXC ABSENCE/NCNS |
| Incident Date: | 02/02/2024 |
| Meeting Date: | 02/02/2024 |