EXHIBIT - K2

East Alabama Health

Opelika Campus
Sarah Huguley (334)528-4162

Valley Campus
Kristy Bowen (334)710-0076

# FMLA & Leave of Absence Statement of Understanding

**Please initial each statement, sign and date below.**

1. I acknowledge and understand my legal rights under the family and medical leave act and the Leave Coordinator has reviewed the legal rights for my family medical leave. I understand that I am allotted 12 weeks and/or up to 480 hours of FMLA time in a rolling 12-month period. I understand that after this time, my job will no longer be protected, and my manager may replace my position. AC **Initials**

2. I acknowledge and agree that the Leave Coordinator has reviewed my FMLA eligibility. I was given the "Notice of Rights and Responsibilities" document and the "Certification of Serious Health Condition" document for my physician(s) or the treating physician(s) treating my family member, whichever is applicable. I understand that the certification must be returned within 15 days of the beginning date of my leave and once that is received, I will receive a Designation Notice through the mail approving or denying my FMLA. AC **Initials**

3. I understand that I am being provided with a Return to Work Certification Form and that I am required to provide ***this*** "Return to Work Certification" form prior to returning to work if this leave is for my own serious health condition. **I understand that EAMC requests that a copy of this form be returned to my manager and a copy to the Leave Coordinator at least three business days prior to returning to work.** I understand that if there is a change in the amount of leave required, I must notify the Leave Coordinator and my manager. Additional documentation from the physician(s) will be required before an extension is granted. I am aware that I may also be contacted during my leave to ensure my return to work date is still accurate. AC **Initials**

4. I understand and acknowledge that each leave qualifies for different permitted and authorized Paid Leave Hours. I have been explained what I am eligible to be paid. I am aware that If I have exhausted all accrued Earned Time Off and Long Term Sick time, my leave will become unpaid, permitting that I am eligible to use my earned time off and long term sick time. AC **Initials**

5. I acknowledge and understand that failure to complete all necessary forms by the due date may delay the approval of my leave. I understand that all documentation must be submitted by the due date noted or my leave may be rescinded. It is my responsibility to ensure that the documentation is submitted in a timely matter. I understand that falsification of FMLA/LOA documentation will result in disciplinary action, up to and including termination. AC **Initials**

6. I understand that while on **Continuous** FMLA/LOA leave, I am not permitted to work. (This includes educational classes). AC **Initials**

7. I understand that employee contributions will be required to continue health insurance if I am placed in an unpaid status or after I have exhausted all my paid leave, as stated in the Agreement to Maintain Insurance Premiums that I will sign. AC **Initials**

8. I understand that if I am applying for an Intermittent Leave, my leave must be renewed every six months, and it is my responsibility to contact the Leave Coordinator to renew my intermittent leave prior to the expiration date. **(Intermittent Leave)** AC **Initials**

9. I acknowledge and agree that if the circumstances of my leave change, I must update the Leave Coordinator and my Manager. I am required to keep in contact with my manager/director at a minimum, once a month during the entirety of your leave. More frequent touchpoints may be needed. If, at any time, my leave needs an extension, it is my responsibility to contact the Leave Coordinator and my manager/director for approval. AC **Initials**

**By signing and initialing this form, you acknowledge receipt of the FMLA/LOA Procedures including sections as listed above. You further acknowledge that you have read, understand, and accept each statement in its entirety and have indicated so by signing below.**

Employee Name (Please Print): ANTWAN CARTER Emp#: 20763
Employee signature: [signature] Date: 1/18/2024

HR Representative signature: ______________________ Date: ____________