IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ANTWAN CARTER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 3:24-cv-534-RAH |
| | ) |
| EAST ALABAMA MEDICAL CENTER FOUNDATION d/b/a EAST ALABAMA MEDICAL CENTER, | ) ) ) ) ) |
| | ) |
| Defendant. | ) |

## ORDER

This matter is **SET** for an in-person status conference at **1:00 p.m. on April 28, 2025**, in the G.W. Andrews Federal Building and U.S. Courthouse, 701 Avenue A, Opelika, Alabama 36801.

**DONE**, on this the 1st day of April 2024.

_____
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE